UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH FELDMAN

Plaintiff,

- against -

ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED

Defendant.

Docket No. 1:21-cv-10242-NRB

**NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Keith Feldman, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Associated Newspapers (U.S.A.) Limited, each party to bear its own costs and attorney's fees.

Dated: December 10, 2021
New Rochelle, New York

Respectfully submitted,

LIEBOWITZ LAW FIRM, PLLC

By: /s/jameshfreeman/

James H. Freeman
1333A North Ave., Ste. 762
New Rochelle, New York 11580
Telephone: (516) 233-1660
JF@LiebowitzLawFirm.com

*Attorneys for Plaintiff*